**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6754**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDOLPH CROCKER, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge. (CR-95-52)

Submitted:  August 19, 1999          Decided:  August 26, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randolph Crocker, Jr., Appellant Pro Se. William David Muhr, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randolph Crocker, Jr., appeals the district court's order denying his motion for transcripts under 28 U.S.C. § 753(f) (1994) and to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and we affirm on the reasoning of the district court. See United States v. Crocker, No. CR-95-52 (E.D. Va. May 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED